## 10330

### COKER v. DUNCAN.

#### (102 S. E. 18.)

APPEAL AND ERROR—FAILURE TO COMPLY WITH COURT RULE BY FILING POINTS AND AUTHORITIES JUSTIFIES DISMISSAL.—Where appellant has failed to file points and authorities as required by Court rules, but states in the record that "submitted without argument," the appeal must be dismissed.

Before WHALEY, County Judge, Richland. Appeal dismissed.

Action by W. M. Coker against J. T. Duncan. Judgment for plaintiff, and defendant appeals.

*John T. Duncan,* for appellant.

*Paul A. Cooper,* for respondent.

January 26, 1920.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

The appellant having failed to file points and authorities, as required by the rules of the Court, but states in the record that "submitted without argument," the appeal must be dismissed; but, even without this, under the recent case of *Lena Robison v. G. M. Barton,* 102 S. E. 16, opinion of Chief Justice, and authorities cited by him therein, on the merits, the appeal would be dismissed.

Appeal dismissed.